DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## AMERICAN TRAVEL CORP. v. CENTRAL CAROLINA BANK

No. 390P82.

Case below: 57 N.C. App. 437.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 25 August 1982.

## BARCLAYSAMERICAN/CREDIT CO. v. RIDDLE

No. 422P82.

Case below: 57 N.C. App. 662.

Petition by defendant for discretionary review under G.S. 7A-31 denied 25 August 1982.

## CLOUTIER v. STATE

No. 392P82.

Case below: 57 N.C. App. 239.

Petition by Attorney General for writ of certiorari to North Carolina Court of Appeals denied 3 August 1982.

## COFFEY v. AUTOMATIC LATHE CUTTERHEAD

No. 358P82.

Case below: 57 N.C. App. 331.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 August 1982.

## COMPLEX, INC. v. FURST

No. 373P82.

Case below: 57 N.C. App. 282.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 25 August 1982.